# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Adedayo Fateru<br><br>*Defendant(s)* | )<br>)  Case No.  1:25MJ 215<br>)<br>)<br>)<br>)<br>) |

**FILED**
in the Middle District of
North Carolina
**May 30, 2025**
**3:31 pm**
Clerk, US District Court
By: _____ kg _____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2019 through June 2021__ in the county of __Alamance__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:
See attached affidavit of Postal Inspector Alberto Sanabria.

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Alberto Sanabria
*Complainant's signature*

Alberto Sanabria, United States Postal Inspector
*Printed name and title*

Date: 5/30/2025

*Judge's signature*

City and state:  Winston-Salem, NC

Hon. Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Alberto Sanabria, being duly sworn, declare and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") currently domiciled in Greensboro, North Carolina and assigned to investigate various white-collar crimes, including the investigation of mail fraud, wire fraud, bank fraud, fraud against the government, and money laundering.

2. I have been a United States Postal Inspector since August 2013. I have received formal classroom training from the USPIS during the twelve-week Postal Inspector Basic Training Academy in Potomac, Maryland. My previous law enforcement experience prior to USPIS was as a Law Enforcement Agent for the State of North Carolina License and Theft Bureau from 2012 to 2013 and as a Police Officer in the Town of Surfside Beach, South Carolina from 2010 to 2012.

3. I have become familiar with the facts and circumstances contained herein during the course of my official duties and this affidavit is based on my personal knowledge, as well as facts related to me by other law enforcement officials and non-law enforcement sources active in this investigation. Because this affidavit is being submitted for the limited

purpose of establishing probable cause to arrest ADEDAYO FATERU (hereafter "FATERU" or "E"), it does not contain all of the information known to me concerning this investigation; it contains only those facts necessary to establish probable cause.

4. This affidavit contains information necessary to support probable cause for the arrest warrant and criminal complaint charging FATERU with conspiring to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

5. Between in or about July 2019 and continuing up to and including June 2021, FATERU conspired with others to receive and launder through financial institutions the proceeds of various fraud schemes, including Business Email Compromise ("BEC") scams and fraud involving financial programs made available through the Coronavirus Aid, Relief, and Economic Security ("CARES") Act.

## II. SCHEME FRAMEWORK

6. A BEC is a cyber fraud scheme through which criminals target companies, large and small, that frequently transfer money by wires. In the typical BEC scheme, criminals use information obtained through a computer intrusion and/or social engineering to send spoofed emails or

other phishing emails in an effort to trick the company's employees into conducting unauthorized and unintended transfers of funds.

7. Often, BEC fraudsters use "spoofed email" accounts and pose as customers and other legitimate business partners. Spoofed email accounts are accounts that appear to be legitimate corporate employee accounts of individuals known to the victim. The fraudsters use those email accounts to direct partners of a victim company to send money owed in the normal course of business between the companies to a bank account controlled by the fraudster or a co-conspirator rather than the intended recipient.

8. In order to collect the proceeds of BEC scams, fraudsters need bank accounts controlled by co-conspirators to receive the fraudulently misdirected wire payments. When a BEC scam is successful, the individual who receives the money often quickly moves the fraudulent funds out of the account before the scam is discovered.

9. The CARES Act was a federal law enacted in or around March 2020 to provide emergency financial assistance to Americans suffering negative economic effects caused by the COVID-19 pandemic.

10. The Economic Injury Disaster Loan ("EIDL") was a program administered by the SBA that provided low-interest financing to small

businesses, renters, and homeowners in regions affected by declared disasters.

11. The CARES Act authorized the SBA to provide loans ("EIDL loans") of up to $2 million to eligible small businesses experiencing substantial financial disruptions due to the COVID-19 pandemic. In addition, the CARES Act authorized the SBA to issue advances of up to $10,000 to small businesses within three days of applying for an EIDL ("EIDL advances"). The amount of the EIDL advance was determined by the number of employees the applicant certified having. The advances did not have to be repaid.

12. In order to obtain an EIDL loan and advance, a qualifying business was required to submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenues for the 12-month period preceding the disaster, and cost of goods sold in the 12-month period preceding the disaster. In the case of EIDL loans for COVID-19 relief, the 12-month period was that 12-month period preceding January 31, 2020. The business must have been operating as of February 1, 2020, to qualify for a loan.

## III. RELEVANT INDIVIDUALS AND ENTITIES

13. Co-conspirator 1, whose initials are V.S., was a resident of the Middle District of North Carolina. On May 26, 2023, V.S. pled guilty to a money laundering violation, specifically money laundering concealment, Title 18, United States Code, Section 1956(a)(1)(B)(i), related to the aforementioned schemes.

14. Co-conspirator 2, whose initials are L.F., was a resident of the Middle District of North Carolina. On February 24, 2025, L.F. was indicted by a federal grand jury in the United States District Court for the Middle District of North Carolina for conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h), related to the aforementioned schemes.

15. Co-conspirator 3, whose initials are W.A., was a resident of the Middle District of North Carolina. On June 24, 2024, W.A. pled guilty to money laundering concealment, Title 18, United States Code, Section 1956(a)(1)(B)(i), related to the aforementioned schemes.

16. JPMorgan Chase Bank, N.A., was a financial institution engaged in interstate commerce.

17. Wells Fargo Bank, N.A., was a financial institution engaged in interstate commerce.

18. Regions Bank, N.A., was a financial institution engaged in interstate commerce.

19. Victim Company 1 was a company headquartered in Frederick, Colorado. Victim Company 1 was a victim of a BEC scam.

20. Victim Company 2 was a company headquartered in Silver Spring, Maryland. Victim Company 2 was a victim of a BEC scam.

## III. PROBABLE CAUSE

21. As will be shown below, there is probable cause to believe that ADEDAYO FATERU conspired with V.S., W.A., and L.F. to launder the proceeds of various fraud schemes.

22. Based on my review of records, law enforcement reports, conversations with other law enforcement agents or officers, witness interviews, other evidence, and my own knowledge of the investigation, I am aware of the following:

### A. BEC FRAUD-VICTIM COMPANY 1

23. On or around June 5, 2020, Victim Company 1 was the victim of a BEC scam and sent a payment of approximately $25,894 to JP Morgan Chase bank account ending x1701 controlled by V.S. VS. subsequently withdrew $12,500 from the account through ATM withdrawals, often using ATMs located in Alamance County. FATERU, who was known to

6

co-conspirators as "E", directed V.S. about receipt and withdrawal of the money out of the account.[1]

24. Specifically, V.S. admitted to investigators that the JP Morgan Chase account ending in x1701 was opened by V.S. at the direction of "E" while on a trip to Florida, accompanied by L.F.

25. Between June 3, 2020, and June 8, 2020, V.S. communicated over WhatsApp with FATERU regarding login information related to the JP Morgan Chase bank account ending x1701, details about the incoming funds from Victim Company 1, and directions on how to launder the funds.

26. On June 6, 2020, V.S. received text messages from L.F. detailing specific information related to the Victim Company 1 incoming transaction, bank account information for FATERU including Region Bank, N.A. account ending x2762, and directions on how much of the fraud proceeds to deposit into FATERU's accounts.

27. Records obtained from Regions Bank, N.A., show a $6,000 cash deposit made on June 9, 2020, at the Glenwood branch location in Raleigh, NC, into account ending x2762, which was held by FATERU. A withdrawal

---

[1] Both V.S. and W.A. identified photographs of FATERU even though they did not know his true name.

of $6,000 from account ending x2762 was made on June 10, 2020. The withdrawal slip was signed by "Adedayo Fateru".

## B. EIDL FRAUD

28. On or about July 6, 2020, as a direct result of a fraudulent EIDL loan application submitted in the name of K.M., the SBA deposited $23,500 into W.A.'s Wells Fargo account ending in x3264 controlled by W.A. W.A. withdrew $16,947 using cash withdrawals and a check made payable to V.S. in order to conceal or disguise the source of the funds.

29. W.A. admitted to opening the Wells Fargo account ending x3264 at the direction of L.F. and FATERU. W.A. was notified by FATERU once the money was available in W.A.'s bank account. W.A. said that "E" would call him when "E" wanted W.A. to start making withdrawals from bank accounts.

30. W.A. admitted to writing check #100 drawn upon the Wells Fargo account x3264, which was made payable to V.S. for $8,780.

31. V.S. said she deposited check #100 into a Woodforest Bank Account she controlled.

32. Between July 21, 2020 and July 24, 2020, V.S. communicated over WhatsApp with FATERU regarding difficulties with withdrawing the funds associated with the $8,780 deposit made into the Woodforest Bank.

## C. BEC FRAUD- VICTIM COMPANY 2

33. On or about June 10, 2021, Victim Company 2 was the victim of a BEC scam and sent a payment of approximately $250,000 to W.A.'s Regions Bank account ending x8665. W.A. removed the funds from the account over a six-week period using cash withdrawals, cash advances on debit cards, and bitcoin purchases, often using ATMs located in Alamance County. W.A. said he provided the money to either "E" or L.F.

34. W.A. admitted to investigators that "E" provided W.A. with instructions on where and how to use the Bitcoin ATMs, as well as the password and codes necessary to make the Bitcoin transactions.

35. Records from Regions Bank account ending x8665 show that between June 13, 2021, and June 20, 2021, the debit card associated with the account was used to purchase approximately .50 BTC or Bitcoin. Financial analysis of the transactions reveals that .40 BTC of the .50 BTC purchased by W.A. terminated at wallets associated with a Coinbase account ending in x57b03. Coinbase records show that FATERU opened the account ending in x57b03 on December 24, 2018. The account information included a mailing address, social security number, and date of birth consistent with FATERU. Information collected by Know your Customer (KYC) for Coinbase account ending

9

Case 1:25-mj-00215-JEP    Document 1    Filed 05/30/25    Page 10 of 12

x57b03 reveals the image of FATERU's Florida Driver's License. KYC also included a "selfie" image of FATERU which W.A. and V.S. both identified as the co-conspirator they knew as "E".

   a. Coinbase records show that between June 21, 2021 and July 27, 2021, FATERU converted approximately .257 BTC into approximately $9,691 and transferred the funds from the account ending x57b03 into a City National Bank of Florida account ending x0107. Records from City National Bank of Florida account ending x0107 show that FATERU opened the account on or about June 14, 2016.

   b. Coinbase records show that on or about June 25, 2021, FATERU converted approximately .148 BTC into approximately $5,013 and transferred the funds from the account ending x57b03 into a Fidelity Bank account ending x0845. Records show that Fidelity Bank account ending x0845 was opened by FATERU on or about February 14, 2017.

36. Records from W.A.'s Regions Bank account ending x8665 show that between June 22, 2021 and July 5, 2021, the debit card associated with the account was used four times at Bitcoin ATMs in Greensboro, NC, to purchase approximately .57 BTC. Financial analysis of the transactions

10

reveals that at least .15 BTC of the .57 BTC purchased by W.A. terminated at wallets associated with Coinbase account ending in x57b03 belonging to FATERU.

37. Based on the above facts, I have probable cause to believe that ADEDAYO FATERU is in violation of Title 18, United States Code, Section 1956(h), Money Laundering Conspiracy.

Respectfully submitted,

/s/ Alberto Sanabria
Alberto Sanabria
Postal Inspector
USPIS

Dates: May 30, 2025

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

Honorable Joi Elizabeth Peake
United States Magistrate Judge

11

Case 1:25-mj-00215-JEP    Document 1    Filed 05/30/25    Page 12 of 12